JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED IBRAHIM,<br><br>        Plaintiff,<br><br>        v.<br><br>S & A CAPITAL PARTNERS, INC., <u>et al.</u>,<br><br>        Defendants. | Case No. CV 17-8727 FMO (RAOx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of October, 2018.

                                                                             /s/<br>
                                                           Fernando M. Olguin<br>
                                              United States District Judge